## In the Interest of C.S.A. and N.A.M.A.

### Lola Feltenberger, Appellant.

#### No. ED 80143.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 30, 2002.

John R. Bird, St. Louis, MO, for appellant.

Bruce Antrim, Dept. of Social Services, Division of Legal Services, St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

L.F. ("Mother") appeals the judgment terminating her parental rights to C.S.A. ("First Child") and N.A.M.A.[1] ("Second Child") (collectively "children"). We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

---

1. DFS also petitioned to terminate the parental rights of the putative fathers of the children. Neither joins in this appeal.